**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                                                                                CR-19-4442-MV

ANDREW ROMERO,

       Defendant.

**NOTICE OF NON-AVAILABILITY**

       **COMES NOW**, counsel for Defendant Andrew Romero, Martin Lopez III, P. C. (Martin Lopez, III) and states he will be unavailable for hearings from Friday, December 20, 2019 through Monday, January 6, 2020.

       Respectfully submitted,

       **MARTIN LOPEZ, III**
       A Professional Corporation

       Electronically Filed December 11, 2019
       Martin Lopez, III
       Attorney for Defendant A. Romero
       1500 Mountain Rd. NW
       Albuquerque, New Mexico 87104
       Tele: (505) 243-2900

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via electronic notice to all interested parties on this   11th   day of December, 2019.

Electronically Filed December 11, 2019
Martin Lopez, III