IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          No. CR 19 4442 MV

ANDREW ROMERO,

    Defendant,

## AMENDED ORDER MODIFYING CONDITIONS OF RELEASE AS TO DEFENDANT ANDREW ROMERO

**THIS MATTER** having come before the Court on the Defendant Romero's Motion to Modify Conditions of Release Pending Trial and the Court being fully advised of the circumstances through the unopposed motion of the Defendant and the Government having no opposition, **THIS COURT FINDS** that the Defendant's Motion is well taken.

**IT IS HEREBY ORDERED** as follows:

1.    Defendant may be released from the custody of La Pasada Halfway House to the third-party custody of Maria Gonzales.

2.    The condition of GPS monitoring is removed.

3.    The financial condition is modified to require that the defendant pay $200.00 per month per child as child support.

4.    The Defendant's release is subject to all previous conditions of release imposed by this Court and all other conditions imposed by United States Pretrial Services.

                                                  **HONORABLE MARTHA VAZQUEZ**
                                                  **U.S. DISTRICT COURT JUDGE**

Submitted:

*Electronically filed September 2, 2020*
Martin Lopez, III
Attorney for Defendant A. Romero


Approved by AUSA and USPO on September 1, 2020 via e-mail:

| | |
|---|---|
| Samuel Hurtado | Daniel Stewart |
| Assistant United States Attorney | Senior U. S. Probation Officer |
| Samuel.A.Hurtado@usdoj.gov | Daniel_Stewart@nmp.uscourts.gov |